INN - PROB 22
Rev. 05/04

**TRANSFER OF JURISDICTION**

08 CR 551

| DOCKET NUMBER *(Tran. Court)* |
| --- |
| 0755 2:07CR00129 |
| DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Eddie Torres | Northern District Of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | Honorable James T. Moody | |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| | 05/23/2008 | 05/22/2011 |

RECEIVED

JUN 30 2008

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

OFFENSE
Distribution of Cocaine
Title 21 §841 (a)(1)

JUDGE DOW

MAGISTRATE JUDGE ASHMAN

**FILED** NR

JUL 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 26, 2008_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 1 1 2008
Effective Date

_James F. Holderman_
United States District Judge