INN - PROB 22
Rev. 05/04

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
0755 2:07CR00129

DOCKET NUMBER *(Rec. Court)*
08 CR 551

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Eddie Torres | Northern District Of Indiana | Hammond |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable James T. Moody |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05/23/2008 | 05/22/2011 |

OFFENSE
Distribution of Cocaine
Title 21 §841 (a)(1)

JUDGE DOW
MAGISTRATE JUDGE ASHMAN

FILED
7-29-08
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___ Northern District of Illinois ___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 26, 2008
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___ Northern ___ DISTRICT OF ___ Illinois ___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: JUL 21 2008

JUL 1 1 2008
*Effective Date*

James F. Holderman
*United States District Judge*



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

July 21, 2008

Northern District of Indiana
U.S. District Court
Office of the Clerk
United States Courthouse,
Suite 2300
5400 Federal Plaza
Hammond, IN 46320

FILED
JUL 2 4 2008
AL_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear Clerk:

Re:   0755 2:07CR00129    USA v. Eddie Torres    Judge James T. Moody

Our Case Number:   08 CR 551   -   Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Marsha E. Glenn
Deputy Clerk

Enclosure

H8, TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
### CRIMINAL DOCKET FOR CASE #: 2:07-cr-00129-JTM-PRC All Defendants
### Internal Use Only

Case title: United States of America v. Torres et al

Date Filed: 09/19/2007
Date Terminated: 04/10/2008

Assigned to: Senior Judge James T Moody
Referred to: Magistrate Judge Paul R Cherry

## Defendant (1)

**Adam Torres**
*TERMINATED: 04/10/2008*

represented by **Jayne A Ingles PHV**
407 S Dearborn Suite 1675
Chicago, IL 60605
773-778-5870
Fax: 773-404-8005
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and case
STEPHEN R. LUDWIG, CLERK
By: [signature]
DEPUTY CLERK
Date: 7/24/08

**Pending Counts**
21:841(a)(1) and 18:2
KNOWINGLY AND
INTENTIONALLY DISTRIBUTED
A DETECTABLE AMOUNT OF
COCAINE, A SCHEDULE II
CONTROLLED SUBSTANCE
AND AIDING AND ABETTING
(2)

**Disposition**
The defendant is committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 37 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. Special Assessment $100.00

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE<br>(1) | Dismissed on government motion |
| 21:841(a)(1) KNOWINGLY AND INTENTIONALLY DISTRIBUTED A DETECTABLE AMOUNT OF COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE<br>(3) | Dismissed on government motion |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Senior Judge James T Moody
Referred to: Magistrate Judge Paul R Cherry

**Defendant (2)**

**Eddie Torres**  represented by  **Jeanine R Courtade** PHV
*TERMINATED: 04/03/2008*  111 W Washington Suite 920
Chicago, IL 60602
312-337-1400
Fax: 312-337-1433
Email: jeaninecourtade@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 21:841(a)(1) and 18:2 KNOWINGLY AND INTENTIONALLY DISTRIBUTED | The defendant is committed to the custody of the U.S. Bureau of Prisons to be imprisoned for 8 months. Upon release, the defendant shall be placed on supervised release |

A DETECTABLE AMOUNT OF COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE AND AIDING AND ABETTING
(2)

for a term of 3 years. While on supervised release, the defendant shall comply with the standard conditions of supervision and the additional special conditions as indicated. Special Assessment $100.00

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE (1) | Dismissed on government motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| United States of America | represented by | Jacqueline L Jacobs - AUSA<br>US Attorney's Office - Ham/IN<br>5400 Federal Plaza Suite 1500<br>Hammond, IN 46320<br>219-937-5634<br>Fax: 219-852-2770<br>Email: jacky.jacobs@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2007 | 1 | SEALED INDICTMENT as to Adam Torres (1) count(s) 1, 2, 3, Eddie Torres (2) count(s) 1, 2. (tlr) (Entered: 09/19/2007) |
| | | |

| | | |
|---|---|---|
| 09/19/2007 | 2 | Arrest Warrant Issued in case as to Adam Torres. (tlr) (Entered: 09/19/2007) |
| 09/19/2007 | 3 | Arrest Warrant Issued in case as to Eddie Torres. (tlr) (Entered: 09/19/2007) |
| 09/21/2007 | | Case unsealed as to Adam Torres, Eddie Torres (smb) (Entered: 09/21/2007) |
| 09/21/2007 | | Arrest of Adam Torres, Eddie Torres (smb) (Entered: 09/21/2007) |
| 09/21/2007 | | Judge update in case as to Adam Torres, Eddie Torres. Judge Paul R Cherry added. (smb) (Entered: 09/21/2007) |
| 09/21/2007 | 4 | Arrest Warrant Returned Executed on 9/21/07 in case as to Adam Torres. (tlr) (Entered: 09/24/2007) |
| 09/21/2007 | 5 | Arrest Warrant Returned Executed on 9/21/07 in case as to Eddie Torres. (tlr) (Entered: 09/24/2007) |
| 09/21/2007 | 6 | INITIAL APPEARANCE as to Adam Torres, Eddie Torres held on 9/21/2007 before Judge Paul R Cherry. Govt appears by AUSA D Nozick substit AUSA J Jacobs. Dfts appear w/out cnsl. T Cooper appeared on behalf of U S Pretrial Services. Defends adv rights, charges, penalties. Defends will retain own cnsl. Detention Hearing & Arraignment set for 9/26/2007 10:00 AM in Hammond before Magistrate Judge Paul R Cherry. Defends Ordered into temporary detention; remanded custody USM. (#FTR.) (smb) (Entered: 09/24/2007) |
| 09/26/2007 | 7 | ATTORNEY APPEARANCE: Jayne A Ingles appearing for Adam Torres (rmn) (Entered: 09/26/2007) |
| 09/26/2007 | 8 | ATTORNEY APPEARANCE: Jeanine R Courtade appearing for Eddie Torres (rmn) (Entered: 09/26/2007) |
| 09/26/2007 | 9 | APPLICATION for Attorney Jayne A Ingles to Appear Pro Hac Vice on behalf of Adam Torres ; Receipt No. 2210545. (rmn) (Entered: 09/26/2007) |
| 09/26/2007 | 10 | APPLICATION for Attorney Jeanine R Courtade to Appear Pro Hac Vice on behalf of Eddie Torres ; Receipt No. 2210544. (rmn) (Entered: 09/26/2007) |
| 09/26/2007 | 11 | ORDER granting 9 Application to Appear Pro Hac Vice of Attorney Jayne A Ingles PHV. as to Adam Torres (1). Signed by Judge Paul R Cherry on 9/26/2007. (rmn) (Entered: 09/26/2007) |
| 09/26/2007 | 12 | ORDER granting 10 Application to Appear Pro Hac Vice of Attorney Jeanine R Courtade PHV as to Eddie Torres (2). Signed by Judge Paul R Cherry on 9/26/2007. (rmn) (Entered: 09/26/2007) |

| | | |
|---|---|---|
| 09/26/2007 | 13 | ARRAIGNMENT as to Adam Torres (1) Count 1,2,3 and Eddie Torres (2) Count 1,2 held on 9/26/2007, before Judge Paul R Cherry. Govt appeared by AUSA J Jacobs. Dft Adam Torres appeared by atty Jayne Ingles, Dft Eddie Torres appeared by atty Jeanine Courtade. T Cooper appeared on behalf of U S Pretrial Services. Defends waive formal reading of rights, charges; adv penalties. Defends each enter Not Guilty plea. Plea Agreement due by 11/26/2007 to be extended otherwise only by written motion/order. Pretrial Motions due by 10/26/2007. Jury Trial set for 12/3/2007 09:00 AM in Hammond before Senior Judge James T Moody. Final Pretrial Conference set for 11/21/2007 10:45 AM in Hammond before Magistrate Judge Paul R Cherry. DETENTION HEARING as to Adam Torres, Eddie Torres held on 9/26/2007. Govt presents evidence by way of proffer. Defends each present evidence by way of proffer. Arguments heard. Defends' separate requests for release on bond with special conditions are Denied. Court finds that there is no condition or combination of conditions that will reasonably assure the appearance and/or the safety of the community. Defend remanded to the custody USM pending trial. (#Digitally Recorded.) (smb) (Entered: 10/01/2007) |
| 09/26/2007 | 14 | ORDER OF DETENTION as to Adam Torres. Signed by Judge Paul R Cherry on 9/26/2007. (smb) (Entered: 10/01/2007) |
| 09/26/2007 | 15 | ORDER OF DETENTION as to Eddie Torres. Signed by Judge Paul R Cherry on 9/26/2007. (smb) (Entered: 10/01/2007) |
| 11/21/2007 | 16 | PRETRIAL CONFERENCE as to Adam Torres, Eddie Torres held on 11/21/2007 before Judge Paul R Cherry. Govt appeared by AUSA J Jacobs. Dfts appeared not in person but by attys J Ingles, J Courtade. Defends anticipate non-trial dispositions. Defends each request adtl time within which to receive revised plea agreements and review with clients. Court reaffirms the Plea Agreement ddl of 11/26/2007. Any request for an extension or continuance of trial date is to be made in writing to the trial Court Judge by close of bus 11/26/2007. Final Pretrial Conference not conducted. (Tape #FTR.) (smb) (Entered: 11/21/2007) |
| 11/26/2007 | 17 | PLEA AGREEMENT as to Adam Torres (Jacobs - AUSA, Jacqueline) (Entered: 11/26/2007) |
| 11/26/2007 | 18 | PLEA AGREEMENT as to Eddie Torres (Jacobs - AUSA, Jacqueline) (Entered: 11/26/2007) |
| 11/26/2007 | 19 | MOTION to Continue *Trial Setting* by United States of America as to Adam Torres, Eddie Torres. (Jacobs - AUSA, Jacqueline) (Entered: 11/26/2007) |
| 11/27/2007 | 20 | ORDER granting 19 Motion to Continue as to Adam Torres (1)and |

| | | |
|---|---|---|
| | | Eddie Torres (2).Pretrial Motions due by 2/1/2008. Jury Trial reset for 2/11/2008 09:00 AM in Hammond before Senior Judge James T Moody as a 2nd setting. Final Pretrial Conference reset for 2/1/2008 10:30 AM in Hammond before Magistrate Judge Paul R Cherry. Signed by Judge Paul R Cherry on 11/27/07. (kjp) (Entered: 11/28/2007) |
| 11/28/2007 | 21 | NOTICE OF HEARING as to Adam Torres: Change of Plea Hearing set for 11/29/2007 at 9:30 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 11/28/2007) |
| 11/28/2007 | 22 | NOTICE OF HEARING as to Eddie Torres: Change of Plea Hearing set for 12/4/2007 at 10:00 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 11/28/2007) |
| 11/29/2007 | 23 | CHANGE OF PLEA HEARING as to Adam Torres held on 11/29/2007 before Judge James T Moody. Govt appeared by atty Jacky Jacobs. Dft appeared by atty Jayne Ingles. Plea entered by Adam Torres (1): Guilty as to Count 2. Counts to be dismissed at sentencing: Count 1,3. The Court accepts the guilty plea and the defendant is adjudged guilty of the offense charged in Count 2 of the Indictment. This matter is referred to the U S Probation Office to prepare the Presentence Investigation Report. The Court delays its decision on acceptance/rejection of the plea agreement until sentencing. The disposition date for sentencing will be set under a separate Notice. The defendant is remanded to the custody of the U S Marshal. (Court Reporter Stacy Drohosky) (efc) (Entered: 11/29/2007) |
| 12/04/2007 | 24 | CHANGE OF PLEA HEARING as to Eddie Torres held on 12/4/2007 before Judge James T Moody. Govt appeared by atty Jacky Jacobs. Dft appeared by atty Jeanine Courtade. Jim Holm appeared on behalf of U S Probation/Pretrial Services. Plea entered by Eddie Torres (2): Guilty as to Count 2. Count to be dismissed at sentencing: Count 1. The Court accepts the guilty plea and the defendant is adjudged guilty of the offense charged in Count 2 of the Indictment. The Court refers this matter to the U S Probation Office to prepare the Presentence Investigation Report. The Court delays its decision on acceptance/rejection of the plea agreement until sentencing. The disposition date for sentencing will be set under a separate Notice. The defendant is remanded to the custody of the U S Marshal. (Court Reporter Stacy Drohosky) (efc) (Entered: 12/04/2007) |
| 12/12/2007 | 25 | NOTICE OF HEARING as to Eddie Torres: Sentencing set for 4/3/2008 at 10:00 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 12/12/2007) |
| 12/14/2007 | 26 | NOTICE OF HEARING as to Adam Torres: Sentencing set for 4/1/2008 at 10:00 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 12/14/2007) |

| | | |
|---|---|---|
| 01/25/2008 | | Vacated Hearings: Final Pretrial Conference date of 2/1/2008. By Judge Paul R Cherry on 1/25/2008. (smb) (Entered: 01/25/2008) |
| 03/24/2008 | 27 | NOTICE OF MANUAL FILING of Sealed Document by United States of America as to Eddie Torres (Jacobs - AUSA, Jacqueline) (Entered: 03/24/2008) |
| 03/24/2008 | 28 | MOTION to Seal Document by United States of America as to Eddie Torres. (sda) (Entered: 03/24/2008) |
| 03/24/2008 | 29 | SEALED MOTION by United States of America as to Eddie Torres. (sda) (Entered: 03/24/2008) |
| 03/28/2008 | 30 | ORDER granting 28 Motion to Seal Document as to Eddie Torres (2). Signed by Senior Judge James T Moody on 3/28/08. (efc) (Entered: 03/28/2008) |
| 03/31/2008 | 31 | (REFILED SEE DOCKET ENTRY 32 ) MEMORANDUM in Support of 29 SEALED MOTION by Eddie Torres *Sentencing Memorandum on Behalf of Eddie Torres* (Courtade PHV, Jeanine) Modified on 4/2/2008 to reflect refiled correctly signed copy (rmn). (Entered: 03/31/2008) |
| 03/31/2008 | 33 | Attorney Jayne Ingles, counsel for defendant Adam Torres called chambers at 4:45 p.m. to notify the Court that she is sick and will be unable to attend the sentencing hearing scheduled for 4/01/08. (efc) (Entered: 04/02/2008) |
| 04/02/2008 | 32 | MEMORANDUM in Support of 29 SEALED MOTION by Eddie Torres *Sentencing Memorandum on Behalf of Eddie Torres* (Courtade PHV, Jeanine) (Entered: 04/02/2008) |
| 04/03/2008 | 34 | SENTENCING held on 4/3/2008 for Eddie Torres (2) before Senior Judge James T Moody. Govt appeared by atty Jacky Jacobs. Dft appeared by atty Jeanine Courtrade. Tonika Cooper appeared on behalf of U S Probation/Pretrial Services. The Court accepts the plea agreement. The Court grants 29 SEALED MOTION filed by United States of America. Count(s) 2: The defendant is committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 8 months. Upon release, the defendant shall be placed on supervised release for a term of 3 years. While on supervised release, the defendant shall comply with the standard conditions of supervision and the additional special conditions as indicated. Special Assessment $100.00. The Court denies the defendant's request, contained in the sentencing memorandum, for credit for time already served. Count 1 dismissed on government motion. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter Stacy Drohosky) (efc) (Entered: 04/03/2008) |
| 04/03/2008 | 35 | MOTION to Dismiss by United States of America as to Eddie Torres. |

| | | |
|---|---|---|
| | | (Jacobs - AUSA, Jacqueline) (Entered: 04/03/2008) |
| 04/03/2008 | 36 | JUDGMENT as to Eddie Torres (2). Signed by Senior Judge James T Moody on 4/03/08. ***defendant Eddie Torres terminated*** (efc) (Entered: 04/03/2008) |
| 04/04/2008 | 37 | NOTICE OF HEARING as to Adam Torres: Sentencing reset for 4/10/2008 at 9:30 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 04/04/2008) |
| 04/04/2008 | 38 | ORDER FOR DISMISSAL of Count 1 of the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure against defendant Eddie Torres (2) granting 35 Motion to Dismiss. Signed by Senior Judge James T Moody on 4/04/08. (efc) (Entered: 04/04/2008) |
| 04/10/2008 | 39 | MOTION to Dismiss *Counts 1 and 3 of the Indictment* by United States of America as to Adam Torres. (Jacobs - AUSA, Jacqueline) (Entered: 04/10/2008) |
| 04/10/2008 | 40 | SENTENCING held on 4/10/2008 for Adam Torres (1) before Senior Judge James T Moody. Govt appeared by atty Jacky Jacobs. Dft appeared by atty Jayne Ingles. Paula Pramuk appeared on behalf of U S Probation/Pretrial Services. The Court accepts the plea agreement. Count(s) 2: The defendant is committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 37 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. The defendant shall comply with the standard conditions of supervision and the additional special conditions, as indicated. Special Assessment $100.00. Count(s) 1, 3: Dismissed on government motion. At the defendant's request, the Court recommends designation at FCI Oxford at Oxford, WI as the institution for service of sentence. The defendant is remanded to the custody of the U.S. Marshal. Adam Torres terminated. (Court Reporter Stacy Drohosky) (efc) (Entered: 04/10/2008) |
| 04/10/2008 | 41 | ORDER FOR DISMISSAL of Counts 1 and 3 of the Indictment against defendant Adam Torres pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure granting 39 Motion to Dismiss. Signed by Senior Judge James T Moody on 4/10/08. (efc) (Entered: 04/10/2008) |
| 04/10/2008 | 42 | JUDGMENT as to Adam Torres (1). Signed by Senior Judge James T Moody on 4/10/08. (efc) (Entered: 04/10/2008) |
| 05/06/2008 | | (Court only) Presentence Investigation Report returned to U.S. Probation Office as to Adam Torres. (efc) (Entered: 05/06/2008) |
| 05/06/2008 | | (Court only) Presentence Investigation Report returned to U.S. Probation Office as to Eddie Torres. (efc) (Entered: 05/06/2008) |
| | | |

| | | |
|---|---|---|
| 06/26/2008 | 43 | ORDER as to Eddie Torres transferring jurisdiction of supervised release to the Northern District of Illinois. Signed by Senior Judge James T Moody on 6/26/08. (awaiting order accepting jurisdiction; original returned to U.S. Probation) (efc) (Entered: 06/26/2008) |
| 07/24/2008 | 44 | Jurisdiction Transferred to Northern District of Illinois as to Eddie Torres. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Letter requesting documents from USDC ND of Illinois)(sda) (Entered: 07/24/2008) |

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2007 SEP 19 PM 1:30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cause No. 2:07CR129 JM |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| ADAM TORRES | ) | 21 U.S.C. § 846 |
| EDDIE TORRES | ) | 18 U.S.C. § 2 |

### INDICTMENT

#### COUNT 1

From on or about December 2003, the exact date being unknown to the Grand Jury, and continuing to on or about December 17, 2006, both dates being approximate and inclusive, in the Northern District of Indiana and elsewhere,

**ADAM TORRES, and
EDDIE TORRES,**

defendants herein, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court in this cause.
STEPHEN R. LUDWIG, CLERK
By _____
DEPUTY CLERK
Date: 7/24/08

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>

On or about August 4, 2006, in the Northern District of Indiana,

**ADAM TORRES, and
EDDIE TORRES,**

defendants herein, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>

On or about December 4, 2006, in the Northern District of Indiana,

**ADAM TORRES,**

defendant herein, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

<u>S/Foreperson</u>
FOREPERSON

DAVID CAPP
ACTING UNITED STATES ATTORNEY

By:   <u>S/Jacqueline L. Jacobs</u>
      Jacqueline L. Jacobs
      Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on
or After November 1, 1987)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cause No. 2:07 CR 129 |
| ) | |
| EDDIE TORRES, ) | USM No.: 09399-027 |
| ) | |
| Defendant ) | Jeanine R. Courtade, Attorney for Defendant |

THE DEFENDANT pleaded guilty to Count 2 of the Indictment. Accordingly, the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| Title 21, § 841 (a)(1) | Distribution of Cocaine | August 4, 2006 | 2 |

Defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 1 is **DISMISSED** as to this defendant on motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, mailing address, or material change in the defendant's economic circumstances until the special assessment imposed by this judgment is fully paid.

April 3, 2008
Date of Imposition of Judgment

/S/ James T. Moody
James T. Moody, Judge
United States District Court

April 3, 2008
Date Signed

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and...
STEPHEN L. LUDWIG, CLERK
By: [signature]
DEPUTY CLERK
Date: 7/24/08

**Defendant: Eddie Torres**                                  **Judgment - Page 2**
**Cause No.: 2:07 CR 129**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Eight (8) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

_____
United States Marshal

By:_____
Deputy Marshal

**Defendant: Eddie Torres**  **Judgment - Page 3**
**Cause No.: 2:07 CR 129**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of Three (3) years and within 72 hours of release from the custody of the United States Bureau of Prisons, the defendant shall report to the probation office in the district to which the defendant is released.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release, the defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall refrain from any unlawful use of a controlled substance, shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter, as determined by the probation officer, shall cooperate in the collection of DNA as directed by the probation officer, and shall comply with the following standard conditions previously adopted by this Court:

1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the Court or Probation Officer;
2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month;
3) The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer;
4) The defendant shall support his dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer;
10) The defendant shall permit a Probation Officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the Probation Officer;

**Defendant: Eddie Torres**                                        **Judgment - Page 4**
**Cause No.: 2:07 CR 129**

11) The defendant shall notify the Probation Officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) The defendant shall pay any special assessment imposed; and

15) The defendant shall notify the probation officer of any material change in his economic circumstances that might affect his ability to pay any unpaid special assessment.

In addition, the defendant shall comply with the following special conditions:

1) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon;

2) The defendant shall participate in a drug abuse treatment program under a co-payment plan which may include testing for the detection of drugs of abuse at the direction and discretion of the probation officer. The defendant shall participate in a co-payment program to offset the cost of treatment. The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services on a sliding scale basis. The co-payment amount shall not exceed an amount determined by the probation officer's sliding scale for monthly co-payment; and

3) While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in standard condition #7.

### FINE

The Court is imposing no fine because of defendant's inability to pay.

### SPECIAL ASSESSMENT

The defendant must pay to the United States a special assessment of $ 100.00 which shall be paid in full immediately to the Clerk of this Court.